

**United States District Court
Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  
Fax (919) 645-1750

Julie A. Richards  
Clerk of Court

September 23, 2014

Agnes M. Chevallier  0075018
Southern Correctional Institution
272 Glen Road
Troy, NC  27371

Re:  Chevallier v. Perry
5:13-HC-2266-D

Dear Miss Chevallier,

The respondent Frank L. Perry has filed a motion to dismiss *on statute of limitations grounds* with regard to the above-captioned action. Rule 7.1(e)(1), EDNC provides that you must respond to a motion within twenty one (21) days of the date of service of the motion.  If you fail to respond, the Court may grant the motion and your case will be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything you file with the Court must be served on all other parties or their counsel if they are represented.  Your material in opposition to the motion to dismiss must be filed on or before **October 14, 2014**.

Sincerely,

/s/ Julie A. Richards

Clerk of Court

JAR/tb